**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7037**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LARRY L. STEWART,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  J. Calvitt Clarke, Jr., District Judge.  (CR-92-174)

---

Submitted:  December 12, 1996        Decided:  December 19, 1996

---

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Larry L. Stewart, Appellant Pro Se.  Harvey Lee Bryant, III, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for a new trial under Fed. R. Crim. P. 33. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Stewart, No. CR-92-174 (E.D. Va. June 10, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED